UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEVAR BROWN, AY9660,<br><br>Plaintiff. | Case No. 24-cv-09274-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On December 20, 2024, the clerk filed as a new action prisoner appeals documents submitted by plaintiff seeking the return of legal property. The court notified plaintiff in writing at that time, and again on January 24, 2025, that the action was deficient because plaintiff did not file an actual complaint or pay the requisite $405.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed since January 24, 2025; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: March 24, 2025

_____
CHARLES R. BREYER
United States District Judge